

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2019

No. 04-18-00905-CR

Cesar Daniel **RODRIGUEZ-CRUZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 527406
Honorable Scott Roberts, Judge Presiding

# O R D E R

Appellant's brief was due January 3, 2019. When no brief was filed, this court notified appellant by letter dated January 11, 2019. *See* Tex. R. App. P. 38.8(b)(2). In response to our notice, appellant filed a motion for extension of time on January 14, 2019, requesting a thirty-day extension of time to file his brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court **on or before February 4, 2019.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court